**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 5, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00895-CV

---

**CYPRESS CREEK EMERGENCY MEDICAL SERVICES ASSOCIATION, SEAN THOMAS RICHARDSON, AND WILLIAM HENRY MAY,** Appellants

**V.**

**BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED,** Appellees

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-55551**

---

## MEMORANDUM OPINION

This is an accelerated appeal from two interlocutory orders signed October 14, 2014. On December 2, 2014, this court referred the case to mediation. On

January 30, 2015, appellants filed a motion to dismiss the appeal because the case settled at mediation. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.